BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVEN BRUCE,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEX M. AZAR II, Secretary of the Department of Health and Human Services, ENVISION INSURANCE COMPANY, BLUE SHIELD OF CALIFORNIA, and, DOES 1-50,<br><br>        Defendants. | Case No.:  4:18-cv-05022-HSG<br><br>[Hon. Judge Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING DEFENDANT ENVISION INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-10(a)**<br><br>**Date:**   November 27, 2018<br>**Time:**   2:00 p.m.<br>**Crtrm:**   2 |

Having considered Defendant Envision Insurance Company's ("Envision's") request for telephonic appearance pursuant to Local Rule 16-10(a), and good cause appearing, IT IS HEREBY ORDERED that Envision's counsel is excused from personally appearing at the upcoming Initial Case Management Conference set for November 27, 2018, at 2:00 p.m., and may appear telephonically. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: November 20, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE