ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY A. ROBINSON (DCBN 999022)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Kimberly.robinson3@usdoj.gov

Attorneys for Federal Defendant ALEX M. AZAR II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN BRUCE, | ) Case No. 4:18-cv-05022-HSG |
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER GRANTING** |
| | ) **DEFENDANT'S ADMINISTRATIVE MOTION** |
| ALEX M. AZAR II ET AL, | ) **TO STAY THE CASE PENDING** |
| | ) **RESTORATION OF FUNDING** |
| Defendant. | ) |
| | ) |
| | ) |

On December 31, 2018, in light of the lapse of federal appropriations to the Department of

Justice, Federal Defendant, Secretary Alex M. Azar II, moved this Court for an order to stay the above-

captioned case until Congress restores funding to the U.S. Department of Justice. Good cause

appearing, Federal Defendant's motion is hereby GRANTED. The case is hereby STAYED and shall be

CONTINUED until a date after the shutdown of the federal government has ended and relevant

appropriations to the U.S. Department of Justice have been restored.

IT IS SO ORDERED.

DATED: January 2, 2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

1