1 DAVID L. ANDERSON (CABN 149604)
United States Attorney
2 SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 KIMBERLY A. ROBINSON (DCBN 999022)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Email: Kimberly.robinson3@usdoj.gov

Attorneys for Federal Defendant
ALEX M. AZAR II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN BRUCE,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II ET AL.,<br><br>    Defendants. | Case No. 4:18-cv-05022-HSG<br><br>**ORDER GRANTING FEDERAL DEFENDANT'S ADMINISTRATIVE MOTION TO LIFT STAY** |

On January 29, 2019, Federal Defendant moved this Court to lift the stay issued in this case on January 2, 2019. The motion is hereby GRANTED and the stay is lifted.

IT IS SO ORDERED.

DATED: January 30, 2019

*[signature]*
HON. HAYWOOD S. GILLIAM JR.
United States District Court Judge

DECL. ISO ADMINISTRATIVE MOTION TO LIFT STAY
4:18-cv-05022-HSG

1