ZOYA YARNYKH, SBN 258062
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Phone: (415) 931-3070
Fax: (415) 931-2828
zyarnykh@pwdf.org
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN BRUCE, | No. 4:18-cv-05022-HSG |
| Plaintiff, | [~~PROPOSED~~] **ORDER** DENYING **PLAINTIFF'S ADMINISTRATIVE MOTION RE: ADDITIONAL BRIEFING RE: FEDERAL DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| ALEX M. AZAR II, et al., | |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr. |

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Plaintiff's Administrative Motion for additional briefing relating to Federal Defendant's Motion to Dismiss is DENIED in its entirety.

DATED: 3/6/2019

*DENIED*
*/s/ Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION
4:18-cv-05022-HSG