# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Steven Bruce

Plaintiff (s),

V.

Alex M. Azar, II, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __4:18-cv-05022-HSG__

Notice is hereby given that, subject to approval by the court, __Steven Bruce__ substitutes
(Party (s) Name)

__Steven Bruce__ , State Bar No. __70300__ as counsel of record in
(Name of New Attorney)

place of __Zoya Yarnykh__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: People With Disabilities Foundation
- Address: 507 Polk St., Ste 430, San Francisco, CA 94102
- Telephone: (415) 931-3070     Facsimile (415) 931-2828
- E-Mail (Optional): steveb@pwdf.org

I consent to the above substitution.

Date: 7/8/2019

(Signature of Party (s))

I consent to being substituted.

Date: 7/8/2019

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/8/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/19/2019

Haywood S. Gill Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]