UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BRUCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEX M. AZAR,<br><br>　　　　Defendant. | Case No. 18-cv-05022-HSG<br><br>**SCHEDULING ORDER** |

The parties submitted proposed schedules in their joint case management statement. *See* Dkt. No. 85. Having considered the parties' proposals, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Defendant's Answer | August 6, 2019 |
| Plaintiff's Motion for Summary Judgment | September 3, 2019 |
| Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | October 1, 2019 |
| Plaintiff's Consolidated Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Cross-Motion for Summary Judgment | October 15, 2019 |
| Defendant's Reply in Support of Cross-Motion for Summary Judgment | October 29, 2019 |

Plaintiff's motion for summary judgment and Defendant's cross-motion for summary judgment will be deemed submitted upon conclusion of the above briefing schedule unless the Court orders otherwise.

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. The further case management conference set for July 23, 2019 at 2:00 p.m. is **VACATED**.

**IT IS SO ORDERED.**

Dated: 7/22/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge